ACCEPTED
12-16-00062-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/19/2016 1:35:03 PM
Pam Estes
CLERK

**ASSISTANTS**
**CARRIE GILCREASE**
**ANDREW JONES**
**JANET CASSELS**



**INVESTIGATORS**
**MARVIN MCLEROY**
**PAUL HOPSON**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/19/2016 1:35:03 PM
PAM ESTES
Clerk

## NICOLE D. LOSTRACCO
### DISTRICT ATTORNEY
### NACOGDOCHES COUNTY, TEXAS

September 19, 2016

Ms. Pam Estes
Clerk of the Court
12th Court of Appeals
1517 West Front St., Ste. 354
Tyler, TX 75702

Dear Ms. Estes,

**RE:**   Case Number:        12-16-00062-CR
   Trial Case Number:   F1521620

**Styled:** Michael Wayne Hogan  v. The State of Texas

The State, hereinafter Appellee, acknowledges receipt of the *Anders* brief filed by Appellant's counsel. *Anders v. California*, 386 U.S. 738 (1967). The brief filed by Appellant's counsel presents no claim of error, illustrating counsel's reasoning for the same supported by case law, and counsel has requested permission to withdraw. *See Id.* at 744 (stating "if counsel finds his case to be wholly frivolous, after a conscientious examination of it, he should so advise the court and request permission to withdraw."); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. 1978) (noting Appellant's counsel must brief the reviewing court, citing "'ready references not only to the record, but also to the legal authorities as furnished it by counsel.'" (quoting *Anders v. California*, 386 U.S. 738, 745 (1967)).

There being no claim of error, Appellee cannot point to any issue in Appellant's brief that merits a response as required by 38.2 of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 38.2(a)(2). Therefore, Appellee will abstain from filing any further response unless this Court determines that Appellant's appeal is not frivolous and orders Appellee to respond to this matter. *See Anders*, 386 U.S. at 744.

**101 WEST MAIN STREET, STE. 250 • NACOGDOCHES, TEXAS • 75961 • 936.560.7766 • (FAX) 936.560.6036**

Respectfully submitted,

_____
**Andrew E. Jones IV**
State Bar No. 24073562
Assistant District Attorney
Nacogdoches County
District Attorney's Office
101 W. Main St., Ste. 250
Nacogdoches, TX 75961
Phone: (936) 560-7766
Fax: (936) 560-6036
E-Mail: ajones@co.nacogdoches.tx.us